|   |   |
|---|---|
| 1 | **AEGIS LAW FIRM, PC** |
|   | KASHIF HAQUE, State Bar No. 218672 |
| 2 | CHRISTINA K. DALLEN, State Bar No. 247505 |
|   | 9811 Irvine Center Drive, Suite 100 |
| 3 | Irvine, California 92618 |
|   | Telephone: (949) 379-6250 |
| 4 | Facsimile: (949) 379-6251 |
|   | Email:  khaque@aegislawfirm.com |
| 5 |              cdallen@aegislawfirm.com |

JS-6

Attorneys for Plaintiff
ENRIQUE GUZMAN

**BRYAN CAVE LLP**
JULIE O'DELL, State Bar No. 291083
3161 Michelson Drive, Suite 1500
Irvine, California 92612-4414
Telephone: (949) 223-7000
Facsimile: (949) 223-7100
Email:  julie.odell@bryancave.com

**SCHARNHORST AST KENNARD GRIFFIN PC**
BRENT N. COVERDALE (admitted *pro hac vice*)
CHRISTOPHER C. TILLERY (admitted *pro hac vice*)
1100 Walnut, Suite 1950
Kansas City, Missouri 64106-2197
Telephone: (816) 268-9400
Facsimile: (816) 268-9409
Email:  bcoverdale@sakg.com
             ctillery@sakg.com

Attorneys for Defendant
FERRELLGAS. INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| ENRIQUE GUZMAN, an individual, | Case No. SACV13-01937 CJC (JPRx) |
|---|---|
| Plaintiff, | **ORDER OF DISMISSAL WITH PREJUDICE** |
| vs. | *Assigned to Hon. Cormac J. Carney* |
| FERRELLGAS, INC., a Delaware corporation; and DOES 1 through 20 inclusive, | Action Filed:   November 15, 2013<br>Trial Date:     Not set |
| Defendants. | |

Case No. SACV13-01937 CJC
ORDER OF DISMISSAL WITH PREJUDICE

1     Pursuant to the parties' Stipulation for Dismissal with Prejudice filed on July
2 21, 2014, the Court hereby orders that this action be, and hereby is, dismissed with
3 prejudice.
4
5
6 Dated: July 28, 2014      _____
                                                  Honorable Cormac J. Carney
7                                                   United States District Judge